**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>PC CONNECTION INC.,<br><br>      Defendant. | C.A. No. 13-792-LPS |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT PC CONNECTION INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Data Carriers,

LLC and Defendant PC Connection Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the

approval of the Court, that all claims between them in this action be, and upon approval are,

dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys'

fees.

BAYARD, P.A.                                      RICHARDS, LAYTON & FINGER, P.A.

/s/  *Stephen B. Brauerman*                       /s/ *Frederick L. Cottrell*
Richard D. Kirk (rk0922)                          Frederick L. Cottrell, III (fc2555)
Stephen B. Brauerman (sb4952)                     Katharine C. Lester (kl5629)
Vanessa R. Tiradentes (vt5398)                    One Rodney Square
Sara E. Bussiere (sb5725)                         920 N. King Street
222 Delaware Avenue, Suite 900                    Wilmington, DE 19801
Wilmington, DE  19899                             302-658-6541
(302) 655-5000                                    cottrell@rlf.com
rkirk@bayardlaw.com                               lester@rlf.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com                         *Attorneys for Defendant PC Connection Inc.*
sbussiere@bayarlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*

Dated: December 6, 2013


   **IT IS SO ORDERED** this  _____  day of  _____, 2013.


   _____
               The Honorable Leonard P. Stark
               United States District Court Judge