IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PC CONNECTION INC.,<br><br>Defendant. | C.A. No. 13-792-LPS |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT PC CONNECTION INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Data Carriers, LLC and Defendant PC Connection Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Frederick L. Cottrell* |
| Richard D. Kirk (rk0922) | Frederick L. Cottrell, III (fc2555) |
| Stephen B. Brauerman (sb4952) | Katharine C. Lester (kl5629) |
| Vanessa R. Tiradentes (vt5398) | One Rodney Square |
| Sara E. Bussiere (sb5725) | 920 N. King Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | 302-658-6541 |
| (302) 655-5000 | cottrell@rlf.com |
| rkirk@bayardlaw.com | lester@rlf.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | *Attorneys for Defendant PC Connection Inc.* |
| sbussiere@bayarlaw.com | |

*Attorneys for Plaintiff Data Carriers, LLC*

Dated: December 6, 2013

**IT IS SO ORDERED** this ___9th___ day of ___December___, 2013.

_____
The Honorable Leonard P. Stark
United States District Court Judge